Benjamin Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S. Rancho Dr. Ste B14
Las Vegas, NV 89106
(702) 631-6111
bdurham@vegasdefense.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SERGIO FRANCISCO RAMIREZ AVINA,<br><br>　　　　Defendant. | Case No. 2:24-mj-790-BNW<br><br>**STIPULATION TO CONTINUE ARRAIGNMENT**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between BENJAMIN DURHAM, counsel for SERGIO FRANCISCO RAMIREZ AVINA, and JASON FRIERSON, United States Attorney, and SKYLER PEARSON, Assistant United States Attorney, counsel for the United States of America, that the arraignment currently scheduled for October 24, 2024, be continued to a date and time convenient to the court.

The Stipulation is entered into for the following reasons:

1. Defense counsel is out of the country and unavailable to appear at the arraignment. The defendant is in agreement with the continuance.

2. All parties agree to the continuance.

/ / /

3. This is the first request for a continuance of the arraignment.

DATED: October 21, 2024

| | |
|---|---|
| */s/ Benjamin Durham*<br>By:_____<br>  BENJAMIN DURHAM<br>  Counsel for Defendant | */s/ Skyler Pearson*<br>By:_____<br>  SKYLER PEARSON<br>  Counsel for United States |

/ / /

/ / /

/ / /

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>SERGIO FRANCISCO RAMIREZ AVINA,<br><br>            Defendant. | Case No. 2:24-mj-790-BNW<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS ORDERED that the arraignment in the above-entitled case is continued to January 2, 2025 at 9:30 a.m.

DATED: October 23, 2024

_____
UNITES STATES MAGISTRATE JUDGE

3