Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S.Rancho Dr. Ste B14
Las Vegas, Nevada 89101
702.631.6111

*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> SERGIO RAMIREZ-AVINA, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:24-MJ-00790-BNW <br><br> **STIPULATION TO CLOSE CASE** |

IT IS STIPULATED AND AGREED, by and between Skyler Pearson, Assistant United States Attorney, counsel for the Plaintiff, and Benjamin Durham, counsel for Defendant SERGIO RAMIREZ-AVINA, that the above-captioned matter be closed.

This Stipulation is entered into based upon the following:

1. On or about March 12, 2025, defendant entered into a Petty Offense Agreement with the United States in which he agreed to plead guilty to Count One of the Complaint, Operating a Motor Vehicle while Under the Influence of Alcohol, in violation of 36 C.F.R. 4.23(a)(1).

2. The parties agreed to recommend that defendant be sentenced to one year of unsupervised probation with the following special conditions: (i) pay a $500 fine and a

mandatory $10 penalty assessment; (ii) attend and complete the Lower Court Counseling's (1) DUI Course and (2) Victim Impact Panel; (iii) complete and 8 hour online alcohol awareness course; (iv) not return to Lake Mead National Recreation Area for 6 months; and (v) not violate any local, state, or federal laws for a period of of 6 months.  If the defendant successfully completes his obligations within 6 months of unsupervised probation, the court will allow the defendant to withdraw his guilty plea to count one and the government will move to amend count one to reckless driving.

3.  On March 12, 2025, this Court sentenced defendant pursuant to the parties' plea agreement.

4.  Since commencing his term of unsupervised probation, defendant has successfully completed all conditions.

5.  As such, the parties jointly request that the defendant be allowed to withdraw his guilty plea to count one and the government moves to amend count one to reckless driving. The parties also jointly request that the above-caption matter be closed.

DATED: December 9, 2025.

| BENJAMIN DURHAM LAW FIRM | SIGAL CHATTAH<br>United States Attorney |
|---|---|
| */s/ Benjamin Durham* | */s/ Skyler Pearson* |
| BENJAMIN DURHAM<br>Nevada Bar No. 7684<br>*Attorney for Defendant* | SKYLER PEARSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SERGIO RAMIREZ-AVINA,<br><br>　　　　　　Defendant. | 2:24-MJ-00790-BNW<br><br>**ORDER TO CLOSE CASE** |

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

1. Defendant SERGIO RAMIREZ-AVINA has successfully completed the conditions of his sentencing.

## ORDER

IT IS HEREBY ORDERED that the defendant is allowed to withdraw his guilty plea to count one and that count one be amended to reckless driving.

IT IS HEREBY ORDERED that this matter be closed as all requirements have been completed.

DATED this __10th__ day of December, 2025.

_____
UNITED STATES MAGISTRATE JUDGE